Anthony A. Zmaila, Esq. (SBN 2319)
Victoria L. Nelson, Esq. (SBN 5436)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912
Email: azmaila@nevadafirm.com

*Electronically Filed On*
*October 9, 2008*

*Attorneys for Tom Grimmett, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AEROTECH, INC. A NEVADA CORPORATION,<br><br>    Debtor.<br><br>In re:<br><br>INDUSTRIAL SOLID PROPULSION, a Nevada corporation,<br><br>    Debtor. | Case No. BK-S-03-25306-LBR<br>Chapter 7<br><br>**NOTICE OF HEARING**<br><br>Jointly Administered with<br>Case No. BK-S-03-25309-LBR<br><br>Date of Hearing:    11/12/2008<br>Time of Hearing:    9:30 a.m.<br>Place: Courtroom No. 1, Third Floor<br>       Foley Federal Building<br>       300 Las Vegas Blvd., S.<br>       Las Vegas, NV 89101<br><br>Judge: Hon. Linda B. Riegle |

NOTICE IS HEREBY GIVEN that the *First and Final Application for Allowance of Attorney's Fees and Reimbursement of Expenses and Request For Payment As An Administrative Expense* ("Motion or "First and Final Application") was filed on October 9, 2008 by the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson (the "Santoro Firm"), attorneys for Tom Grimmett, Chapter 7 Trustee ("Trustee"). The Santoro Firm has asked that the Court approve its First and Final Application for fees in the amount of $98,999.50, reimbursement of costs incurred in the amount of $15,214.70 and an additional sum not to exceed $2,500 as additional compensation for services performed after the close of the First and Final

04727-02/331957.doc

Compensation Period in prosecuting the First and Final Application. Any opposition to the Application must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your reviews on the Motion, then you must file an opposition with the Court, and serve a copy of the person making the Motion *no later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Courtroom No. 1, Las Vegas, Nevada on November 12, 2008 at 9:30 a.m.

DATED this 9th day of October, 2008.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

*/s/ Anthony A. Zmaila*

Anthony A. Zmaila, Esq. (NV Bar No. 2319)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Tom Grimmett, Chapter 7 Trustee*

[04727-02/331957.doc]

- 2 -