Tom Grimmett, Trustee
2275 Corporate Circle, Suite 120
Henderson, Nevada 89074
    Telephone: (702) 740-4152
    Fax:       (702) 795-4479

E-FILED: **11/30/09**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

*****************************************************************

| | |
|---|---|
| In re | Chapter 7 |
| | Case No. 03-25306 LBR |
| **AEROTECH, INC.** | **TRUSTEE'S RESPONSE TO STATUS HEARING** |
| Debtor(s) | |
| | **Date: December 30, 2009** |
| | **Time: 9:30 a.m.** |

    The Trustee pursued former principles of the debtor and obtained a settlement of $133,000.00. That settlement was approved per order entered June 15, 2007. The settlement calls for payments over an extended period of time.

    The Trustee has received $75,000.00 to date leaving a balance due of $58,000.00. Payments of $2,000.00 per month are being received and are current. Assuming there is no default in the payments, the entire amount will be paid out in twenty six (26) months.

Dated: November 30, 2009

                                  Submitted by: */s/ **Tom Grimmett, Trustee***